ARCHIBALD C. FOSS, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Foss* v. *N. Y. C. & H. R. R. R. Co.*, 161 App. Div. 681, affirmed.
(Argued March 24, 1916; decided April 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 17, 1914, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal

of the complaint. The action was brought to recover $25,000 damages and interest for alleged breach of contract on the part of the defendant in purchasing certain waterfront property on the west bank of the Hudson river at Weehawken, N. J., directly from the owners, instead of through the plaintiff, as broker for said owners. The damage which the plaintiff claimed is the sum that he might have earned as brokerage fees from the vendors had the defendant bought through him.

*Grant C. Fox* and *Stanley Holcomb Molleson* for appellant.

*Austen G. Fox* and *Alexander S. Lyman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.